This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 55
The People &c.,
          Respondent,
        v.
Otis Boone,
          Appellant.


          Leila Hull, for appellant.
          Seth M. Lieberman, for respondent.
          Legal Aid Bureau of Buffalo, Inc.; Brooklyn Defender Services et al.; The Innocence Project, Inc.; Daniel R. Alonso et al.; American Psychological Association; National Association for the Advancement of Colored People et al.; NAACP Legal Defense & Educational Fund, Inc., amici curiae.


*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

Reargument ordered and case set down for argument at a future session of the Court.  Chief Judge DiFiore and Judges Rivera, Stein, Fahey and Garcia concur.  Judge Wilson took no part.


Decided June 6, 2017